FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERRY PHILLIPS,

    Plaintiff,

v.                                       Case No. 2:21-cv-02049-MSN-cgc

MID-SOUTH TRANSPORTATION
MANAGEMENT, INC. and AMALGAMATED
TRANSIT UNION LOCAL 713,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed January 22, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant Mid-South Transportation Management's Motion to Dismiss, docketed March 28, 2022, (ECF No. 20), and the Order Granting Defendant Amalgamated Transit Union Local 713's Motion to Dismiss, (ECF No. 21), docketed the same date, settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                MARK S. NORRIS
                UNITED STATES DISTRICT JUDGE

DATE:       March 28, 2022